# PETTY OFFENSE MINUTE SHEET
## HARRISONBURG DIVISION

**Case:** 5:23po02  
**Defendant:** Julie Ard, present  
**Judge:** Joel C. Hoppe, USMJ  
**Deputy Clerk:** Karen Dotson  
**AUSA:** Ryan Faulconer  
**Defense Counsel:** Roland Santos, ret.  
**Ranger:** Schuman  
**USPO:** not present  

**Date:** 3/14/23  
**Time in court:** 9:35-9:39 = 5 min

- [x] Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
- [ ] Defendant waives counsel; advises court wishes to proceed today without counsel.
- [ ] Defendant requests appointment of counsel.   [ ] Court grants request for appointment
- [ ] Defendant moves for continuance. Court trial continued to _____.
- [x] Plea agreement reached.
- [x] Defendant sworn, questioned, and advised of rights on plea of guilty.
- [x] Government proffers/presents evidence to support plea and rests.
- [ ] Court trial held.
- [ ] Government presents evidence regarding sentencing and rests.
- [ ] Defendant presents evidence regarding sentencing and rests.

| OFFENSE/COUNT CHARGED | PLEA | FINDINGS/SENTENCE | | |
|---|---|---|---|---|
| Speeding 60/35 | G | reduced to 50/35  SA: $ 10 | Fine: $ 140 | due today ~~days to pay~~ |
|  |  | SA: $ | Fine: $ | days to pay |
|  |  | SA: $ | Fine: $ | days to pay |

- [ ] Government moves for detention.
- [ ] Government does not oppose bond.
- [ ] Detention/Bond Hearing held.
- [ ] Defendant released on bond. Bond set at $_____
- [x] Appeal rights stated by the court
- [ ] 18 USC § 3607

**Additional information:**

Δ sworn  
40 yoa  
master's degree